UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY NELSON,

       Plaintiff,                                Case No. 1:17-cv-820

v.                                          HON. ROBERT J. JONKER

CACV OF COLORADO, LLC, et al.,

       Defendants.
_____/

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff files this notice to dismiss this lawsuit, with prejudice, as to all defendants.

Dated: September 21, 2017                          /s/ Phillip C. Rogers
                                                                      Phillip C. Rogers (P34356)
                                                                      Attorney for Plaintiff
                                                                      6140 28th Street SE, Suite 115
                                                                      Grand Rapids, Michigan 49546-6938
                                                                      (616) 776-1176
                                                                      ConsumerLawyer@aol.com